■ In the Matter of COUNTY OF MONROE, Respondent-Appellant, v NIRAV R. SHAH, Commissioner, New York State Department of Health, et al., Appellants-Respondents. [10 NYS3d 471]—Appeal and cross appeal from a judgment (denominated order) of the Supreme Court, Monroe County (William P. Polito, J.), entered July 3, 2014 in a CPLR article 78 proceeding and a declaratory judgment action. The judgment, among other things, annulled respondents-defendants' February 20, 2014 and March 6, 2014 denial of petitioner-plaintiff's reimbursement claims.

It is hereby ordered that the judgment so appealed from is unanimously modified on the law by denying the petition-complaint in its entirety and granting judgment in favor of respondents-defendants as follows:

It is adjudged and declared that section 61 of part D of section 1 of chapter 56 of the Laws of 2012 has not been shown to

be unconstitutional, and as modified the judgment is affirmed without costs (*see Matter of County of Chautauqua v Shah* [appeal No. 1], 126 AD3d 1317 [2015]). Present—Scudder, P.J., Smith, Carni, Lindley and DeJoseph, JJ.